AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JAIME GARCIA-AMAYA | CASE NUMBER: 07CR 3463-BTM |

I, JAIME GARCIA-AMAYA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **12/27/07** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Jaime Garcia Amaya*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer



FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY