1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Timothy_Garrison@fd.org

5  Attorneys for Defendant Garcia-Maya

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10              (**HONORABLE BARRY T. MOSKOWITZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3463-BTM |
| Petitioner, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JAIME GARCIA-MAYA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by TIMOTHY R. GARRISON, that I am replacing LINDA LOPEZ as counsel on appeal in this case.

                                        Respectfully submitted,

Dated: August 14, 2007                  /s/ *Timothy R. Garrison*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: January 18, 2008                    /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)