# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

JAIME GARCIA-AMAYA,
        Defendant.

**APPEARANCE**

Case Number: 07CR3463-BTM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAIME GARCIA-AMAYA
I am replacing TIMOTHY R. GARRISON on this case.

I certify that I am admitted to practice in this court. PRO HAC VICE.

2/27/2008
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD    177301
Print Name    Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City    State    Zip Code

(619) 234-8467    (619) 687-2666
Phone Number    Fax Number

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 27, 2008                              /s/ Linda Lopez
                                                                          LINDA LOPEZ
                                                                          Federal Defenders of San Diego, Inc.
                                                                          225 Broadway, Suite 900
                                                                          San Diego, CA 92101-5030
                                                                          (619) 234-8467  (tel)
                                                                          (619) 687-2666  (fax)
                                                                          e-mail: Linda_Lopez@fd.org